UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONNA HOGANSON,

    Plaintiff,

v.                                                                                 Case No. 2:04-cv-299
                                                                                                                CONSENT CASE

MENARD, INC., et al.,

    Defendants.
_____/

## **ORDER**

    In accordance with the Opinion issued herewith,

    IT IS HEREBY ORDERED that defendant Menard's motion for summary judgment (Docket #146) is DENIED.

    IT IS SO ORDERED.


                                                                            /s/ Timothy P. Greeley
                                                                            TIMOTHY P. GREELEY
                                                                            UNITED STATES MAGISTRATE JUDGE

Dated:  December 12, 2007