UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONNA HOGANSON,

    Plaintiff,

v.                                                    Case No. 2:04-cv-299
                                                          CONSENT CASE

MENARD, INC., et al.,

    Defendants.
_____/

## ORDER

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that Defendant Menard's Motion to Exclude Plaintiff's Expert Opinions (Docket #270) is GRANTED IN PART AND DENIED IN PART and Motion for Summary Judgment (Docket #270) is DENIED.

IT IS SO ORDERED.

                                                              /s/ Timothy P. Greeley
                                                            TIMOTHY P. GREELEY
                                                            UNITED STATES MAGISTRATE JUDGE

Dated:   July 14, 2008